# EXHIBIT 1

DELIVERED THIS 14th DAY March
AT 2:40 AM / PM
BY: Tew
PROFESSIONAL CIVIL PROCESS
INITIALS: __ LIC# 4574

CAUSE NO. JP01-22-SC00015364

**SERVICE COPY**

| | | |
|---|---|---|
| **ER NEAR ME** | § | IN THE JUSTICE COURT |
| PLAINTIFF | § | |
| VS. | § | PRECINCT ONE |
| | § | |
| **AETNA HEALTH AND LIFE INSURANCE COMPANY** | § | TARRANT COUNTY, TEXAS |
| DEFENDANT | § | |

## CITATION (SMALL CLAIMS OR DEBT CLAIM CASE)

**THE STATE OF TEXAS**

**TO: AETNA HEALTH AND LIFE INSURANCE COMPANY, SERVE REGISTERED AGENT CT CORPORATION 1999 BRYAN ST SUITE 900 DALLAS TX 75201**, <u>DEFENDANT</u> in the above case:

This citation is issued pursuant to a petition filed by Plaintiff on **March 07, 2022**. Plaintiff's attorney's name and address, or Plaintiff's address if they have no attorney, are:

**Plaintiff's Address**
11494 Luna Rd Suite 200
Dallas TX 75234

**Plaintiff's Attorney's Name:**
**Address:**

Your answer must be filed with this court, located at <u>100 W. WEATHERFORD ST. ROOM 450, FORT WORTH TX 76196</u> OR E-Filed by going to the following link: https://efiletx.tylertech.cloud/OfsEfsp/ui/landing

YOU HAVE BEEN SUED. YOU MAY EMPLOY AN ATTORNEY TO HELP YOU IN DEFENDING AGAINST THIS LAWSUIT. BUT YOU ARE NOT REQUIRED TO EMPLOY AN ATTORNEY. YOU OR YOUR ATTORNEY MUST FILE AN ANSWER WITH THE COURT. YOUR ANSWER IS DUE BY THE END OF THE 14TH DAY AFTER THE DAY YOU WERE SERVED WITH THESE PAPERS. IF THE 14TH DAY IS A SATURDAY, SUNDAY, OR LEGAL HOLIDAY, YOUR ANSWER IS DUE BY THE END OF THE FIRST DAY FOLLOWING THE 14TH DAY THAT IS NOT A SATURDAY, SUNDAY, OR LEGAL HOLIDAY. DO NOT IGNORE THESE PAPERS. IF YOU DO NOT FILE AN ANSWER BY THE DUE DATE, A DEFAULT JUDGMENT MAY BE TAKEN AGAINST YOU. FOR FURTHER INFORMATION, CONSULT PART V OF THE TEXAS RULES OF CIVIL PROCEDURE, WHICH IS AVAILABLE ONLINE AND ALSO AT THE COURT LISTED ON THIS CITATION.

**ISSUED AND SIGNED** on 7th day of March, 2022.

Signed: 3/7/2022 3:33:17 PM

*Minanda Baldenas*

CLERK OF THE JUSTICE COURT, PCT. ONE
TARRANT COUNTY, TEXAS

JP01-22-SC00015364

**OFFICER'S RETURN**  **SERVICE COPY**

I received the attached Citation on _____, 20___, at ____:____ __.m. and executed the Citation on _____, 20___, at ____:____ __.m. as detailed below:

_____

_____

_____.

I further certify that I delivered to _____ on _____, 20___, at ____:____ __.m. a copy of this Civil Citation.

**IF GRANTED BY THE COURT: ALTERNATIVE SERVICE OF CITATION BY RULE 501.2 (E)(1)**

_____ (1) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS, AND ALSO LEAVING A COPY THE CITATION WITH PETITION ATTACHED AT THE DEFENDANT'S RESIDENCE OR OTHER PLACE WHERE THE DEFENDANT CAN PROBABLY BE FOUND WITH ANY PERSON FOUND THERE WHO IS AT LEAST 16 YEARS OF AGE; **OR**

_____ (2) MAILING A COPY OF THE CITATION WITH A COPY OF THE PETITION ATTACHED BY FIRST CLASS MAIL TO THE DEFENDANT AT A SPECIFIED ADDRESS AND ALSO BY SECURELY AFFIXING TO THE FRONT ENTRY WAY AT THE SPECIFIED ADDRESS LISTED ON THE ALTERNATIVE SERVICE REQUEST.

_____.

**ALTERNATIVE SERVICE NOTES:** _____

_____.

**NON-SERVICE RETURNED** TO COURT AND NOT SERVED FOR THE FOLLOWING REASONS: _____

_____

_____.

**FEES:**

Service    $ _____
Other      $ _____
Total      $ _____

**COURT INFORMATION**
JUDGE RALPH SWEARINGIN, JR
JUSTICE COURT, PRECINCT ONE
100 W. WEATHERFORD ST. ROOM 450
FORT WORTH, TX 76196
*PHONE NUMBER:* 817-884-1395
*E-MAIL ADDRESS:* JP1COURT@TARRANTCOUNTY.COM

CONSTABLE/SHERIFF, PRECINCT _____
_____ COUNTY, TEXAS
BY: _____, Deputy

JP01-22-SC00015364

FILED
3/7/2022 9:54 AM
Judge Ralph Swearingin
Justice of the Peace, Precinct 1
Tarrant County

## PETITION: SMALL CLAIMS CASE
JP01-22-SC00015364

CASE NO. (court use only) _____    MAIL TO PLTF

In the Justice Court, Precinct __1__, __Tarrant__ County, Texas

**ER Near Me**
PLAINTIFF

VS.

Aetna Health and Life Insurance Company 1999 Bryan St, Suite 900 Dallas, TX 75201
DEFENDANT(S)

COMPLAINT: The basis for the claim which entitles the plaintiff to seek relief against the defendant is:
**ER Near Me provided medical services and was not paid a fair amount for claim #: ERWZKFNFM00**

RELIEF: Plaintiff seeks damages in the amount of   $3,825.73  , and/or return of personal property as described as follows (be specific):                                                                                                    , which has a value of
Additionally, plaintiff seeks the following:

plus all costs of court as allowed by law.
SERVICE OF CITATION: Service is requested on defendants by personal service at home or work or by alternative service as allowed by the Texas Justice Court Rules of Court. Other addresses where the defendant(s) may be served are:
**Aetna Health and Life Insurance Company Registered Agent: CT Corporation, 1999 Bryan St. Suite 900, Dallas, TX 75201**

[X] If you wish to give your consent for the answer and any other motions or pleadings to be sent to your email address, please check this box, and provide your valid email address: __mburk@ernearme24.com__

I declare under penalty of perjury, pursuant to the law of the State of Texas, that all information provided is true and correct.

| ER Near Me | /s/ Melody Burk |
|---|---|
| Petitioner's Printed Name | Signature of Plaintiff or Attorney |

**11494 Luna Rd, Suite 200**
Address of Plaintiff's Attorney, if any, or Plaintiff if none

DEFENDANT(S) INFORMATION (if known):
DATE OF BIRTH: _____

**Dallas, TX 75234**
City          State          Zip

*LAST 3 NUMBERS OF DRIVER LICENSE: _____
*LAST 3 NUMBERS OF SOCIAL SECURITY: _____

__903-227-1875__
Phone & Fax No. of Plaintiff's Attorney, if any, or Plaintiff if none
**mburk@ernearme24.com**

DEFENDANT'S PHONE NUMBER: _____

Small Claim Petition. 7/2013