# EXHIBIT 2

**CT Corporation**

**Service of Process Transmittal**
03/14/2022
CT Log Number 541225377

**TO:** Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:** Process Served in Texas

**FOR:** Aetna Health and Life Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ER NEAR ME vs. AETNA HEALTH AND LIFE INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # JP0122SC00015364 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Dallas, TX |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/14/2022 at 03:17 |
| **JURISDICTION SERVED:** | Texas |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/15/2022, Expected Purge Date: 03/20/2022<br><br>Image SOP<br><br>Email Notification,  Desiree Beatty  beattyd@aetna.com<br><br>Email Notification,  Jacqueline West  westj2@aetna.com<br><br>Email Notification,  Piper Taylor  plperry@aetna.com<br><br>Email Notification,  Kim DePaepe  kjdepaepe@aetna.com<br><br>Email Notification,  John Baka  bakaj@aetna.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s)

**CT Corporation**

**Service of Process Transmittal**
03/14/2022
CT Log Number 541225377

**TO:** Desiree Beatty
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

**RE:** Process Served in Texas

**FOR:** Aetna Health and Life Insurance Company  (Domestic State: CT)

of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 2 of  2 / JE



## PROCESS SERVER DELIVERY DETAILS

**Date:** Mon, Mar 14, 2022

**Server Name:** Ronald Cobb

| Entity Served | Aetna Health and Life Insurance Company |
|---|---|
| Case Number | JP0122SC00015364 |
| Jurisdiction | TX |

