# EXHIBIT 3

Case 4:22-cv-00305-O   Document 1-5   Filed 04/13/22   Page 2 of 4   PageID 19

FILED
3/21/2022 3:23 PM
Judge Ralph Swearingin
Justice of the Peace, Precinct 1
Tarrant County

CAUSE NO. JP01-22-SC00015364

| | | |
|---|---|---|
| **ER NEAR ME,** § | § | IN THE JUSTICE COURT |
| *Plaintiff,* § | § | |
| v. § | § | OF TARRANT COUNTY, TEXAS |
| **AETNA HEALTH AND LIFE INSURANCE COMPANY** § | § | |
| *Defendant.* § | § | PRECINCT 1 |

### DEFENDANT'S ANSWER TO PLAINTIFF'S PETITION

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Defendant Aetna Health and Life Insurance Company ("Aetna"), who files its Answer in response to Plaintiff's Petition, and would respectfully show the Court as follows:

### I. GENERAL DENIAL

Without waiving its right to file such special exceptions, special denials, defenses, affirmative defenses, and further pleadings as they may hereafter deem appropriate, pursuant to Rules 92 and 502.5 of the Texas Rules of Civil Procedure, Aetna denies generally, each and every, all and singular, the allegations of Plaintiff's Petition and demands strict proof thereof by a preponderance of the evidence.

### II. CONSENT TO EMAIL SERVICE

Defendant consents to email service and email contact information.

### III. PRAYER

**WHEREFORE, PREMISES CONSIDERED**, Defendant Aetna prays that:

a.   Plaintiff takes nothing on its claims;

b.   Defendant be awarded its costs of suit; and

    c.      The Court grant Defendant all other and further relief, both general and special, whether at law or in equity, to which Defendant shows itself justly entitled.

Respectfully submitted,

THE HERMAN LAW FIRM

By: */s/ Jonathan M. Herman*
    Jonathan M. Herman (TX Bar No. 24052690)
    Michael L. Hood (TX Bar No. 09943435)
    1601 Elm Street, Suite 2002
    Dallas, Texas 75201
    Telephone: (214) 624-9805
    Facsimile: (469) 383-3469
    jherman@herman-lawfirm.com
    mhood@herman-lawfirm.com

*Counsel for Defendant Aetna Health and Life Insurance Company*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument has been served upon all parties and attorneys of record in this cause of action in accordance with Texas Rules of Civil Procedure 21 and 21a, and 501.4 on March 21, 2022 as follows:

**VIA COURT'S E-SERVICE AND EMAIL**

Melody Burk
11494 Luna Rd., Suite 200
Dallas, Texas 75234
mburk@ernearme24.com

        */s/ Jonathan M. Herman*
        Jonathan M. Herman

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jonathan Herman
Bar No. 24052690
jherman@herman-lawfirm.com
Envelope ID: 62799185
Status as of 3/21/2022 4:30 PM CST

Associated Case Party: Aetna Health and Life Insurance Company

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan MHerman | | jherman@herman-lawfirm.com | 3/21/2022 3:23:10 PM | SENT |
| Kim Holloman | | kholloman@herman-lawfirm.com | 3/21/2022 3:23:10 PM | SENT |
| Michael Hood | | mhood@herman-lawfirm.com | 3/21/2022 3:23:10 PM | SENT |
| Mitch Hasenkampf | | mhasenkampf@herman-lawfirm.com | 3/21/2022 3:23:10 PM | SENT |

Associated Case Party: ER Near Me

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Melody Burk | | mburk@ernearme24.com | 3/21/2022 3:23:10 PM | SENT |