# EXHIBIT 4

# REGISTER OF ACTIONS
### CASE NO. JP01-22-SC00015364

| | | |
|---|---|---|
| ER Near Me vs. Aetna Health and Life Insurance Company | § § § § § | Case Type: **EFile Small Claims**<br>Date Filed: **03/07/2022**<br>Location: **JP No. 1** |

## PARTY INFORMATION

| | | Lead Attorneys |
|---|---|---|
| **Defendant** | **Aetna Health and Life Insurance Company**<br>  SERVE REGISTERED AGENT: CT CORPORATION<br>  1999 Bryan St, Suite 900<br>  Dallas, TX 75201 | **Jonathan Marc Herman**<br>*Retained*<br>214-624-9805(W) |
| **Plaintiff** | **ER Near Me**<br>  11494 Luna Rd, Suite 200<br>  Dallas, TX 75234 | |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 03/07/2022 | **Original Petition Filed (OCA Opening)** |
| 03/07/2022 | **EFile Original Petition Document**<br>*Guide and File - Petition// EFILED// SERVE: CT CORPORATION// MAIL TO PLTF// NO* |
| 03/07/2022 | **Mailed**<br>*CTN AND PETN TO PPS//MB* |
| 03/07/2022 | **CITATION**<br>*MAIL TO PLTF//MB*<br>  Aetna Health and Life Insurance Company      Served         03/14/2022<br>                                                Returned       03/15/2022 |
| 03/15/2022 | **Affidavit/Proof of Service Filed**<br>*RETURN OF SERVICE//EFILED//MB* |
| 03/16/2022 | **Answer Due On**<br>*HG* |
| 03/21/2022 | **Answer Filed**<br>*Defendant's Answer to Plaintiff's Petition//EFILED//MB*<br>  Party:  Aetna Health and Life Insurance Company<br>  Party:  Herman, Jonathan Marc |
| 04/01/2022 | **Notice of Pre-Trial Mediation Hearing**<br>*SET FOR 06/08/2022 @ 8AM EMAILED VIA OUTLOOK INVITATION TO ALL PARTIES//MB*<br>  Party:  ER Near Me<br>  Party:  Herman, Jonathan Marc |
| 06/08/2022 | **Pre-Trial Mediation**  (8:00 AM) (Judicial Officer Swearingin, Ralph, JR) |

## FINANCIAL INFORMATION

| | | |
|---|---|---|
| **Plaintiff** ER Near Me | | |
| Total Financial Assessment | | 54.00 |
| Total Payments and Credits | | 54.00 |
| **Balance Due as of 04/05/2022** | | **0.00** |

| | | | | |
|---|---|---|---|---|
| 03/07/2022 | Transaction Assessment | | | 54.00 |
| 03/07/2022 | Internet Payment | Receipt # JP1-2022-01098 | ER Near Me | (33.00) |
| 03/07/2022 | State Credit | | | (21.00) |