UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ER NEAR ME<br>　　*Plaintiff,* | § § § § | |
| vs. | § § | CIVIL ACTION NO. 4:22-CV-00305-O |
| AETNA HEALTH AND LIFE<br>INSURANCE COMPANY<br>　　*Defendant.* | § § § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to federal rule of civil procedure 41(a)(1), Defendant, Aetna Health and Life Insurance Company ("Aetna"), and Plaintiff, ER Near Me ("Plaintiff"), stipulate to the dismissal of all claims against Aetna with prejudice. Because Aetna has not asserted any counterclaims and there are no other defendants, this case may now be dismissed.

Plaintiff and Aetna are to bear their own costs, expenses and attorneys' fees.

DATED:  May 26, 2022.

Respectfully submitted,

THE HERMAN LAW FIRM

By: */s/ Jonathan M. Herman*
    Jonathan M. Herman (TX Bar No. 24052690)
    Charles W. Hill (TX Bar No. 24063885)
    1601 Elm Street, Suite 2002
    Dallas, Texas 75201
    Telephone: (214) 624-9805
    Facsimile: (469) 383-3469
    jherman@herman-lawfirm.com
    chill@herman-lawfirm.com

*Counsel for Defendant Aetna Health and Life Insurance Company*


_____
Mark H. Selz
8150 N. Central Expy.
Suite 1150
Dallas, TX 75206
(214) 549-5153
mselz@ernearme24.com
mark@ehctx.net

*Counsel for Plaintiff*